**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000120
09-JUL-2026
08:18 AM
Dkt. 49 OAWST**

NO. CAAP-26-0000120

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
IOSUA STEVENS and EDWARD LEETAALE KUHNERT,
Defendants-Appellees, and
AMERICAN SURETY INCORPORATED also known as
ALL IN ONE BONDING, Real Party in Interest-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-24-0000222)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (**Stipulation**), filed July 8, 2026, by Real Party in Interest-Appellant American Surety Incorporated also known as All in One Bonding, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own fees and costs; and

(3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own fees and costs.

DATED:  Honolulu, Hawai'i, July 9, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge